# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALVIN EDMONDS, Individually and for Others Similarly Situated, | Case No. 4:25-cv-02270 |
| v. | Jury Trial Demanded |
| M.A.A.C. LOGISTICS LLC | |

**DECLARATION OF ALVIN EDMONDS**

I, Alvin Edmonds, declare as follows:

1. My name is Alvin Edmonds. The facts contained in this declaration are within my personal knowledge and are true and correct.

2. I worked for M.A.A.C. Logistics LLC ("M.A.A.C. Logistics) as a Driver from March 2023 until February 2025.

3. M.A.A.C. Logistics was my employer.

4. I was economically dependent on M.A.A.C. Logistics LLC.

5. I believe I was misclassified as an independent contractor by M.A.A.C. Logistics.

6. M.A.A.C. Logistics frequently failed to pay me minimum wage for my work performed as a driver.

7. As a Driver, my role was to drive loads of cargo across the country to M.A.A.C. Logistics' customers.

8. There were multiple loads that M.A.A.C. Logistics failed to pay me for entirely.

9. For example, I drove a load from Texas to Pennsylvania, and was not paid for the work performed that workweek.

10. I also recall driving another specific load from Dallas, Texas to Chicago, Illinois, and was not paid for the work performed that workweek.

11. I also recall driving another specific load from Florida to Houston, Texas, and was not paid for the work performed that workweek.

12. I was also not paid for the work performed during the final two loads of my tenure.

13. With the assistance of my Attorney, I have calculated that I am owed $2,233.00 in unpaid minimum wages and $2,233.00 in liquidated damages.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed on 09/04/25.

Alvin edmonds (Sep 4, 2025 12:20:24 CDT)

ALVIN EDMONDS

# Declaration - Edmonds

Final Audit Report 2025-09-04

| | |
|---|---|
| Created: | 2025-09-04 |
| By: | Carl Fitz (carl@fitz.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAljFocVOiU0TbYnbr9hxVaoAnSTE2Ujgo |

## "Declaration - Edmonds" History

- Document created by Carl Fitz (carl@fitz.legal)
  2025-09-04 - 3:11:09 PM GMT
- Document emailed to alvin edmonds (duke.dogg69@gmail.com) for signature
  2025-09-04 - 3:11:13 PM GMT
- Email viewed by alvin edmonds (duke.dogg69@gmail.com)
  2025-09-04 - 5:19:03 PM GMT
- Document e-signed by alvin edmonds (duke.dogg69@gmail.com)
  Signature Date: 2025-09-04 - 5:20:24 PM GMT - Time Source: server
- Agreement completed.
  2025-09-04 - 5:20:24 PM GMT

Adobe Acrobat Sign