# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALVIN EDMONDS, Individually and for Others Similarly Situated,<br><br>v.<br><br>M.A.A.C. LOGISTICS LLC. | Case No. 4:25-cv-2270<br><br>Jury Trial Demanded<br>FLSA Collective Action Pursuant to 29 U.S.C. § 216(b) |

**DECLARATION OF CARL A. FITZ**

Pursuant to 28 U.S.C. § 1746, Carl A. Fitz, hereby declares as follows:

1. My name is Carl A. Fitz, and the facts contained in this declaration are within my personal knowledge and are true and correct.

2. This Declaration is submitted in support of Plaintiff's Motion for Entry of Default Judgment Against Defendant M.A.A.C. Logistics LLC.

3. I hereby certify that I am an attorney of record for the Plaintiff in the above cause and that Defendant was served process in this case.

4. As of today, the current attorney's fees in this matter are $3,120.00, and the current costs incurred in this matter are $510.00.

5. I have expended 5.2 hours of work in this case at an hourly billing rate of $600 per hour. This time was spent investigating the claims of Mr. Edmonds, drafting the original complaint, attempting to negotiate with the officers of M.A.A.C. Logistics regarding a potential resolution, preparing a damage model for Mr. Edmonds, and preparing this motion for default judgment.

6. I am in my ninth year of practice, and have devoted my career almost exclusively to litigating class and collective wage and hour matters on behalf of workers.

7. In my professional opinion, this time and billing submission is reasonable, necessary, and reflects the use of billing discretion. Additionally, my hourly rate submitted is reflective of the prevailing market rate for the performance of similar legal services. Further, my hourly rate is also commensurate with the lawyers' level of experience and/or years of practice. Plaintiff's Counsel's suggested hourly rates are also consistent with the "*Laffey* Matrix" used by many district courts to assess the reasonableness of attorney fees. *See* http://www.laffeymatrix.com/see.html (establishing a current rate of $899 per hour for attorneys with 20 years or more of experience, $747 per hour for attorneys with 11-19 years of experience, $661 for attorneys with 8-10 years of experience, and $458 for attorneys with 4-7 years of experience).

8. My law firm took this case on a contingency basis, invested time, effort, and money into it without any guarantee of recovery.

9. To date, the costs incurred prosecuting Plaintiffs' case are $510.00. These are cost include reasonable out-of-pocket expenditures such as filing fees, service of process, copies, and postage.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Signed on September 4, 2025.**

*/s/ Carl A. Fitz*
**Carl A. Fitz**