United States District Court
Southern District of Texas
**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Alvin Edmonds, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-25-2270 |
| M.A.A.C. Logistics, LLC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 16) dated May 20, 2026, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Alvin Edmonds' Motion for Default Judgment (docket no. 14) is **GRANTED IN PART**, and that Defendant M.A.A.C. Logistics, LLC is found liable for violating the FLSA, and that Plaintiff's recoverable damages, attorneys' fees and costs will be set for a hearing before the Magistrate Judge. The Magistrate Judge will establish a deadline for the filing of a renewed application for attorneys' fees and costs.

**SIGNED** at Houston, Texas, on this the 8th day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE