United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Alvin Edmonds, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-25-2270 |
| M.A.A.C. Logistics, LLC., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF ADOPTION**

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 22) dated October 8, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff Alvin Edmonds' Renewed Application for Attorneys' Fees and Costs (docket no. 21) is **GRANTED IN PART**.

The Court will issue a separate Final Default Judgment.

**SIGNED** at Houston, Texas, on this the 27th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE