United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Alvin Edmonds, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-25-2270 |
| M.A.A.C. Logistics, LLC., | § | |
| | § | |
| Defendant. | § | |

**FINAL DEFAULT JUDGMENT**

In accordance with this Court's Order Adopting the Magistrate Judge's Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Judgment by **DEFAULT** is entered in favor of Plaintiff, Alvin Edmonds, against Defendant, M.A.A.C. Logistics, LLC;
2. Defendant shall pay Plaintiff $2,175.00 in unpaid minimum wages;
3. Defendant shall pay Plaintiff $2,175.00 in liquidated damages;
4. Defendant shall pay Plaintiff $5,580.00 in reasonable attorneys' fees; and
5. Defendant shall pay to Plaintiff $405.00 in court costs.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 27th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE